B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Middle District of Tennessee

In re   Darlene H McGilvray                                    Case No.   11-09285
        Debtor

                                                               Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Ventures Trust 2013-I-Nh By MCM Capital Partners, LLC As Trustee By BSI Financial Services Its Attorney In Fact | **Court claim no**. (if known):   16 |
| **Last four digits** of any number you use to identify the debtor's account:   9691 | **Date of payment change:**   03/01/2015<br>Must be at least 21 days after date of this notice<br><br>**New total payment:**   $ 1,477.85<br>Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
    Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:**  $ 289.92   **New escrow payment:**   $ 254.13

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
    attached, explain why: _____

  **Current interest rate:**        _____%          **New interest rate:**        _____%

  **Current principal and interest payment:** $ ___   **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan
    modification agreement. (*Court approval may be required before the payment change can take effect.*)

  Reason for change: _____

  **Current mortgage payment:** $ ____    **New mortgage payment:** $ _

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.　　☒ I am the creditor's authorized agent.
　　　　　　　　　　　　(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/Jeremiah McGuire　　　　　　　　　　　　　　　　　　　Date  02/02/2015
　Signature

**Print:**　　**Jeremiah McGuire**　　　　　　　　　　　　　　　　Title  Attorney
　　　　　　First Name　　Middle Name　　Last Name

Company　　Brock & Scott, PLLC

Address　　5121 Parkway Plaza Blvd.
　　　　　　Number　　　　　Street

　　　　　　Charlotte, NC 28217
　　　　　　City　　　　　　　　　　　　State　　ZIP Code

Contact phone  ( 704  )  369  –  0676　　　　　　　Email  bankruptcy@brockandscott.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

IN RE:
**Darlene H McGilvray**
     **DEBTOR**

CASE NO. 11-09285
CHAPTER 13

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has/have been electronically served or mailed, postage prepaid on January 29, 2015 to the following:

Darlene H McGilvray
9178 Christopher Ashley Drive
Lyles, TN 37098

Bryan Clark Penland
13 Public Square
Columbia, TN 38401

Henry Edward Hildebrand, III
PO Box 340019
Nashville, TN 37203-0019

This the 2nd day of February, 2015.

              /s/ Ryan Tomlin
              Ryan Tomlin
              Brock & Scott, PLLC
              5121 Parkway Plaza Blvd., Suite 300
              Charlotte, NC 28217
              Ph: (704) 369-0676
              Fax: (704) 369-0760
              bankruptcy@brockandscott.com



**Annual Escrow Account Disclosure Statement**

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-866-581-4498
www.bsifinancial.com

DATE: 01/23/15

226
DARLENE MCGILVRAY
9178 CHRISTOPHER ASHLEY RD
LYLES, TN 37098

PROPERTY ADDRESS
9178 CHRISTOPHER ASHLEY R
LYLES, TN 37098

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 03/01/2015 THROUGH 02/29/2016.

**-------- ANTICIPATED PAYMENTS FROM ESCROW 03/01/2015 TO 02/29/2016 --------**

```
HOMEOWNERS INS                                   $2,113.60
COUNTY TAX                                         $936.00
TOTAL PAYMENTS FROM ESCROW                       $3,049.60
MONTHLY PAYMENT TO ESCROW                          $254.13
```

**----- ANTICIPATED ESCROW ACTIVITY 03/01/2015 TO 02/29/2016 -------**

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $2,432.54 | $2,113.60 |
| MAR | $254.13 | | | $2,686.67 | $2,367.73 |
| APR | $254.13 | $2,113.60 | HOMEOWNERS INS    L1-> $827.20 | L2-> | $508.26 |
| MAY | $254.13 | | | $1,081.33 | $762.39 |
| JUN | $254.13 | | | $1,335.46 | $1,016.52 |
| JUL | $254.13 | | | $1,589.59 | $1,270.65 |
| AUG | $254.13 | | | $1,843.72 | $1,524.78 |
| SEP | $254.13 | | | $2,097.85 | $1,778.91 |
| OCT | $254.13 | | | $2,351.98 | $2,033.04 |
| NOV | $254.13 | | | $2,606.11 | $2,287.17 |
| DEC | $254.13 | | | $2,860.24 | $2,541.30 |
| JAN | $254.13 | | | $3,114.37 | $2,795.43 |
| FEB | $254.13 | $936.00 | COUNTY TAX | $2,432.50 | $2,113.56 |

**--------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------**

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS GREATER THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SURPLUS. **YOUR ESCROW SURPLUS IS $318.94.**

**CALCULATION OF YOUR NEW PAYMENT**

```
PRIN & INTEREST                                  $1,223.72
ESCROW PAYMENT                                     $254.13
NEW PAYMENT EFFECTIVE 03/01/2015                 $1,477.85
YOUR ESCROW CUSHION FOR THIS CYCLE IS $508.26.
```

********** Continued on reverse side ************



IF YOUR SURPLUS IS $50 OR GREATER, BSI FINANCIAL SERVICES WILL SEND YOU A REFUND CHECK, PROVIDED YOUR LOAN IS CURRENT.

IF YOUR SURPLUS IS LESS THAN $50, THE FUNDS WILL REMAIN IN YOUR ESCROW ACCOUNT.

Licensed as Servis One, Inc. dba BSI Financial Services. BSI Financial Services NMLS# 38078 - Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 80112 (303) 309-3830. This is an attempt to Collect a debt by a debt Collection agency. Licensed by the New York City Department of Consumer Affairs, (# 2001485-DCA).  North Carolina Collection Agency Permit (# 105608).

********** Continued from front **********

|  ACCOUNT HISTORY  |
|---|

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 03/01/2014 AND ENDING 02/28/2015. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEGING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 03/01/2014 IS:

```
PRIN & INTEREST                                 $1,223.72
ESCROW PAYMENT                                    $215.07
SHORTAGE PYMT                                      $74.85
BORROWER PAYMENT                                $1,513.64
```

|  | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | | |
|---|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | | ACTUAL |
|  |  |  |  |  | STARTING BALANCE | $1,690.88 |  | $1,708.54- |
| MAR | $215.07 | $0.00 * |  | $968.00 * | COUNTY TAX | $1,905.95 | A-> | $4,790.14- |
| MAR |  |  |  | $2,113.60 | HOMEOWNERS INS |  |  |  |
| APR | $215.07 | $0.00 * | $1,690.88 |  | HOMEOWNERS INS | T-> $430.14 |  | $4,790.14- |
| MAY | $215.07 | $0.00 * |  |  |  | $645.21 |  | $4,790.14- |
| JUN | $215.07 | $2,543.40 * |  |  |  | $860.28 |  | $2,246.74- |
| JUL | $215.07 | $565.20 * |  |  |  | $1,075.35 |  | $1,681.54- |
| AUG | $215.07 | $282.60 * |  |  |  | $1,290.42 |  | $1,398.94- |
| SEP | $215.07 | $0.00 * |  |  |  | $1,505.49 |  | $1,398.94- |
| OCT | $215.07 | $579.84 * |  |  |  | $1,720.56 |  | $819.10- |
| NOV | $215.07 | $579.84 * |  |  |  | $1,935.63 |  | $239.26- |
| DEC | $215.07 | $289.92 * |  | $936.00 * | COUNTY TAX | $2,150.70 |  | $885.34- |
| JAN | $215.07 | $579.84 * |  |  |  | $2,365.77 |  | $305.50- |
| FEB | $215.07 | $0.00 | $890.00 |  | COUNTY TAX | $1,690.84 |  | $305.50- |
|  | $2,580.84 | $5,420.64 | $2,580.88 | $4,017.60 |  |  |  |  |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $430.14. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $4,790.14-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

### Determining your Shortage or Surplus
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months. To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

Case 1:11-bk-09285    Doc 80    Filed 02/02/15    Entered 02/02/15 17:31:58    Desc Main
If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. Document     Page 5 of 5ances applicable thereto, this letter is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired