IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>Darlene H. McGilvray<br>9178 Christopher Ashley Drive<br>Lyles, TN 37098<br>SSN: xxx-xx-6237<br>  Debtor. | Case No. 11-09285<br>Chapter 13<br>Judge Keith M. Lundin |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** April 4, 2016
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** Friday, April 22, 2016
at 9:00 a.m. in the Old Post Office and Courthouse, 815 South Garden, Columbia, TN 38401

## NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor has asked the Court for the following relief: permission to modify Chapter 13 plan.
YOUR RIGHTS MAY BE AFFECTED. IF YOU OR YOUR ATTORNEY DO NOT FILE A RESPONSE TO THIS MOTION BY THE DEADLINE ESTABLISHED ABOVE, YOUR SILENCE WILL BE DEEMED AS ACCEPTANCE OF THE RELIEF SOUGHT IN THIS MOTION.
If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before April 4, 2016 you or your attorney must:

1. File with the court your written response or objection explaining your position at:

   By Mail:   U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
   In Person: U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
              (Monday- Friday, 8:00 a.m. – 4:00 p.m.)

2. Your responses must state that the deadline for filing responses: April 4, 2016, the date of the scheduled hearing is: April 22, 2016 and the motion to which you are responding is: MOTION TO MODIFY CHAPTER 13 PLAN.

   If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:

   James A. Flexer, 1900 Church Street, Suite 400, Nashville, TN 37203, and see Certificate of Service for additional parties to serve (attached hereto)
   If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at www.tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

Date: 3/14/2016          Signature:   _/s/ James A. Flexer_
                         Name:        Law Offices of James A. Flexer
                         Address:     1900 Church Street, Suite 400, Nashville, TN 37203
                         Email:       cm-ecf@jamesflexerconsumerlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: }
Darlene H. McGilvray }
9178 Christopher Ashley Drive } Case No. 11-09285
Lyles, TN 37098 } Chapter 13
SSN: xxx-xx-6237 } Judge Keith M. Lundin
    Debtor. }

## MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE OF PROPOSED ACTION

COMES NOW the Debtor, by and through counsel, and would move this Honorable Court for permission to modify the Chapter 13 plan pursuant to 11 U.S.C. § 1329.

The Debtor's Chapter 13 proceeding was filed on September 16, 2011 and a plan was confirmed on November 22, 2011 paying a dividend of 1% to general unsecured creditors.

As grounds, the Debtor would state the following:

1. The Debtor seeks permission to modify her Chapter 13 plan to reduce the payment to the Chapter 13 Trustee and reduce the base.

2. There has been a material change in the Debtor's circumstances. The Debtor recently modified her home mortgage payments, but she is still having issues funding her Chapter 13 plan and meeting her monthly living expenses at the present required Chapter 13 payment. The Debtor's monthly expenses have increased due to needing to pay homeowner's insurance following a recent loan modification; and, her medical expenses increased each month due to her disability and health issues. A modification will allow the Debtor to continue to feasibly fund her Chapter 13 plan.

3. The Debtor's Chapter 13 plan allows the proposed modification and it will allow the Debtor to successfully reorganize her estate and complete her Chapter 13 Plan within 60 months.

4. An amended monthly family budget is attached hereto along with a certification of the Debtor in support of the feasibility of this motion.

## STATEMENT OF IMPACT

5. The Debtor's Chapter 13 payment shall decrease to $750.00 bi-weekly.

6. The dividend to general unsecured creditors shall remain at 1%.

7. The base shall be $114,933.00, increased by tax refunds.

8. The Debtor shall continue to surrender her yearly tax refunds to the Chapter 13 Trustee to increase the plan base in compliance with the order confirming Chapter 13 plan

9. There shall be no change in treatment to secured creditors.

10. No other terms of the confirmation order shall be affected by this modification.

Respectfully submitted,

/s/ Bryan C. Penland
James A. Flexer, BPR #9447
Bryan C. Penland, BPR #025631
Attorney for Debtor
Law Offices of James A. Flexer
13 Public Square
Columbia, TN 38401
(931) 375-0006
fax: (931) 375-0010
Email: cm-ecf@jamesflexerconsumerlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
Darlene H. McGilvray ) Case No. 11-09285
) Chapter 13
Debtor(s). ) Judge Keith M. Lundin

### AMENDED MONTHLY FAMILY BUDGET

|  | Prior Budget* | Current Budget* |
|---|---|---|
| Dates of Budgets: | 3/31/2014 | 1/28/2016 |

**EXPENSES**

Rent/Mortgage Payment:

| Utilities: | Prior* | Current* |  |  |
|---|---|---|---|---|
| Electric | $ 125.00 | $ 150.00 |  |  |
| Water | $ 35.00 | $ 40.00 |  |  |
| Heat |  |  |  |  |
| Telephone/Internet | $ 55.00 |  |  |  |
| Cell Phone | $ 50.00 | $ 50.00 |  |  |
| Phone/Internet/cable | $ 50.00 | $ 110.00 |  |  |
| Other (_____) |  |  |  |  |
| **Total Utilities:** |  |  | $ 315.00 | $ 350.00 |
| Food |  |  | $ 300.00 | $ 300.00 |
| Clothing/laundry/dry cleaning |  |  | $ 60.00 | $ 60.00 |
| Childcare & Children's education |  |  |  |  |
| Entertainment/recreation |  |  |  |  |
| Medical & Dental Expenses |  |  | $ 51.00 | $ 150.00 |
| Transportation |  |  | $ 150.00 | $ 150.00 |
| Insurance (not deducted from wages) |  |  |  |  |
| Auto | $ 91.00 | $ 91.00 |  |  |
| Life |  | $ 42.00 |  |  |
| Home |  | $ 183.00 |  |  |
| Health (dental) | $ 30.00 | $ 35.00 |  |  |
| Other (_____) |  |  |  |  |
| **Total Insurance:** |  |  | $ 121.00 | $ 351.00 |
| Personal Care Products/services |  |  |  |  |
| Home Maintenance |  |  | $ 50.00 | $ 50.00 |
| Haircuts/toiletries/cleaning |  |  | $ 25.00 | $ 25.00 |
| Pet/vet expense |  |  | $ 35.00 | $ 43.00 |
| **TOTAL MONTHLY EXPENSES** |  |  | $ 1,107.00 | $ 1,479.00 |

| **INCOME** | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|
| Debtor's Gross Income: | | | | |
| Spouse's Gross Income: | | | | |
| Payroll Deductions | Prior* | Current* | | |
|    Taxes | | | | |
|    401(k) contr | | | | |
|    Ins. | | | | |
|    Total Payroll Deductions | | | $ - | $ - |
| Other Regular Income: | | | | |
|    Social Security | $ 1,509.00 | $ 1,432.00 | | |
|    Long Term Disability | $ 1,674.00 | $ 1,672.00 | | |
|    Total Other Regular Income | | | $ 3,183.00 | $ 3,104.00 |
| **TOTAL MONTHLY INCOME:** | | | $ 3,183.00 | $ 3,104.00 |

**SUMMARY:**

| | Prior Budget* | Current Budget* |
|---|---|---|
| **Total Monthly Income (from above)** | $ 3,183.00 | $ 3,104.00 |
| **minus Total Monthly Expenses (from page 1)** | $ 1,107.00 | $ 1,479.00 |
| **equals Monthly Surplus** | $ 2,076.00 | $ 1,625.00 |
| Monthly Plan Payment | $ 2,076.00 | $ 1,625.00 |
| Duration of Plan (months) | 60 | 60 |
| Dividend to Unsecured Creditors (%) | 1 | 1 |
| Secured Creditors Affected | | |

\* Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:
Debtor will pay homeowner's insurance directly following loan modification. Debtor's medical expenses have increased due to copays to specialists each month related to her disability, as well as expenses to due to vision/glaucoma. Decrease in Debtor's social security is due to medicare premium.

_____
(Debtor) Darlene A Miley

1-28-2016
_____
(Date)


_____
(Debtor)


_____
(Date)

# DRAFT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: }
Darlene H. McGilvray }
9178 Christopher Ashley Drive } Case No. 11-09285
Lyles, TN 37098 } Chapter 13
SSN: xxx-xx-6237 } Judge Keith M. Lundin
    Debtor. }

## PROPOSED ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that the Debtor filed a Motion to Modify Chapter 13 plan and notice of said motion has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that twenty-one (21) days have elapsed since the date of service of the motion and no responses have been forthcoming from any party in interest.

It is therefore ORDERED as follows:

1. The Debtor shall be allowed to modify her Chapter 13 plan.

2. The Debtor's Chapter 13 payment shall decrease to $750.00 bi-weekly.

3. The dividend to general unsecured creditors shall remain at 1%.

4. The base shall be $114,933.00, increased by tax refunds.

5. The Debtor shall continue to surrender her yearly tax refunds to the Chapter 13 Trustee to increase the plan base in compliance with the order confirming Chapter 13 plan

6. There shall be no change in treatment to secured creditors.

7. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page*

APPROVED FOR ENTRY:

                                          */s/ Bryan C. Penland*
                                          James A. Flexer, BPR #9447
                                          Bryan C. Penland, BPR #025631
                                          Attorney for Debtor
                                          Law Offices of James A. Flexer
                                          13 Public Square
                                          Columbia, TN 38401
                                          (931) 375-0006
                                          fax: (931) 375-0010
                                          Email: cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| Samuel K. Crocker<br>U.S. Trustee<br>318 Customs House<br>701 Broadway<br>Nashville, TN 37203 | Electronic |
| Darlene H. McGilvray<br>9178 Christopher Ashley Drive<br>Lyles, TN 37098 | U.S. mail first class |

And to all the creditors on the attached matrix.
I have sent 32 notices via U.S. mail first class.

                                            */s/ Bryan C. Penland*
                                            Bryan C. Penland

**1:11-bk-09285** DARLENE H MCGILVRAY
Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Keith M Lundin
Date filed: 09/16/2011 Date of last filing: 02/09/2016 Plan confirmed: 11/22/2011

## Creditors

| Creditor | ID |
|---|---|
| **ASHLEY E BISHOP**<br>200 SONDRA COURT<br>Mount Juliet TN 37122 | (4496547)<br>(cr) |
| **Asset Acceptance Llc**<br>Attn: Bankruptcy<br>PO Box 2036<br>Warren MI 48090 | (4496548)<br>(cr) |
| **Awa Collect**<br>P O Box 6605<br>Orange CA 92613 | (4496549)<br>(cr) |
| **Brightwater Capital Ll**<br>850 Concourse Pkwy S Ste<br>Maitland FL 32751 | (4496550)<br>(cr) |
| **BSI Financial Services, Inc.**<br>314 S Franklin Street<br>Titusville, Pennsylvania 16354 | (5411458)<br>(cr) |
| **CANDICA, LLC**<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | (4546636)<br>(cr) |
| **Capital One, N.a.**<br>Capital One Bank (USA) N.A.<br>PO Box 30285<br>Salt Lake City UT 84130 | (4496551)<br>(cr) |
| **Capitol Chevrolet Inc.**<br>dba Capitol Chevrolet Leasing<br>711 Eastern Blvd.<br>Montgomery, AL 36117 | (5494803)<br>(cr) |
| **Chase**<br>Po Box 15298<br>Wilmington DE 19850 | (4496552)<br>(cr) |
| **Chase Bank USA, N.A.**<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (4541072)<br>(cr) |
| **CHECK INTO CASH OF TN**<br>STORE #015<br>123 HENSLEY DRIVE<br>Dickson TN 37055 | (4496553)<br>(cr) |
| **CHECK INTO CASH, INC**<br>ATTN: COLLECTIONS<br>P.O. BOX 550<br>CLEVELAND, TN 37364-0550 | (4608341)<br>(cr) |
| **Chela/Sallie Mae**<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes-Barre PA 18773 | (4496554)<br>(cr) |

**CITIBANK**  
PO BOX 6500  
Sioux Falls SD 57117  
(4496555)  
(cr)

**DICKSON MEDICAL ASSOCIATES**  
% PROFESSIONAL ADJUSTMENT SERVICE  
DBA PAYMENT AMERICA SYSTEMS  
PO BOX 24850  
NASHVILLE TN 37202  
(4571166)  
(cr)

**Elite Enterprise Services, LLC**  
PO Box 134  
Worcester, MA 01613  
(4539848)  
(cr)

**Fifth Third Bank**  
Fifth Third Bank Bankruptcy Department,  
1830 E Paris Ave SE  
Grand Rapids MI 49546  
(4496556)  
(cr)

**FLAGSTAR BANK**  
ATTN BANKRUPTCY DEPT  
5151 CORPORATE DR  
Troy MI 48098  
(4496558)  
(cr)

**Flagstar Bank**  
Attn: Bankruptcy Dept  
5151 Corporate Dr  
Troy MI 48098  
(4496557)  
(cr)

**KHEAA**  
P O BOX 798  
Frankfort, KY 40602-0798  
(4617107)  
(cr)

**Midland Credit Management**  
8875 Aero Dr  
Suite 200  
San Diego CA 92123  
(4496559)  
(cr)

**Midland Credit Management, Inc.**  
8875 Aero Drive, Suite 200  
San Diego, CA 92123  
(4511264)  
(cr)

**National Capital Management, LLC.**  
8245 Tournament Drive  
Suite 230  
Memphis, TN 38125  
(4854338)  
(cr)

**Nco Fin /99**  
Po Box 15636  
Wilmington DE 19850  
(4496560)  
(cr)

**Nco Fin/09**  
Attention: Bankruptcy  
507 Prudential Rd  
Horsham PA 19044  
(4496561)  
(cr)

**Portfolio Recovery Associates, LLC**  
POB 41067  
Norfolk, VA 23541  
(5425611)  
(cr)

**Portfolio Recovery Associates, LLC**  
POB 12914  
Norfolk VA 23541  
(5581075)  
(cr)

**PRA Receivables Management, LLC., as agent of**  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541  
(4601880)  
(cr)

| | |
|---|---|
| **Revenue Recovery Corp**<br>409 B P C<br>Knoxville TN 37919 | (4496562<br>)<br>(cr) |
| **Sallie Mae Trust**<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | (4537945<br>)<br>(cr) |
| **SHELL CITIBANK**<br>PO BOX 790070<br>Houston TX 77279 | (4496563<br>)<br>(cr) |
| **Victoria's Secret**<br>Attention: Bankruptcy<br>PO Box 182125<br>Columbus OH 43215 | (4496564<br>)<br>(cr) |
| **WEISS SPICER CASH, PLLC**<br>208 ADAMS AVE.<br>Memphis TN 38103-1991 | (4496565<br>)<br>(cr) |
| **Wffnatbank**<br>Po Box 94498<br>Las Vegas NV 89193 | (4496566<br>)<br>(cr) |
| **Wfnnb/peeble**<br>Attention: Bankruptcy<br>PO Box 182686<br>Columbus OH 43218 | (4496567<br>)<br>(cr) |
| **World Financial Network National Bank**<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (4509875<br>)<br>(cr) |