| **Fill in this information to identify the case:** |
|---|
| Debtor 1  Darlene H. Mcgilvray |
| Debtor 2  _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Tennessee |
| Case number  11-09285-CW1-13 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** BSI Financial Services

**Court Claim no. (if known):** 16

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXXXXXXXX9691

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   11 /01 2016
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:   $ _____

a.  Total postpetition ongoing payments due:   (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c.  **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   __/__/____
                                                                                                                          MM / DD / YYYY

Debtor 1 : <u>Darlene      H.      Mcgilvray</u>  
       First Name  Middle Name  Last Name

Case number (*if known*): <u>11-09285-CW1-13</u>

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*
- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ <u>/s/ Elizabeth H. Parrott  Bar 018420</u>  
   Signature

Date <u>11/8/2016</u>

Print <u>Elizabeth      H.      Parrott</u>  
     First Name  Middle Name  Last Name

Title <u>Attorney for BSI Financial Services</u>

Company <u>Weinstein & Riley, P.S.</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address <u>PO Box 23408</u>  
      Number      Street

<u>Nashville</u>     <u>TN</u>   <u>37202</u>  
City      State  ZIP Code

<u>(615) 742-9220</u>

Email <u>LizP2@w-legal.com</u>

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on November 8, 2016, a true and correct copy of the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular first-class mail to the parties listed below:

**DEBTOR(S):**
**Darlene H. Mcgilvray**
9178 Christopher Ashley Drive
Lyles, TN 37098
*Via First Class Mail*

**DEBTOR'S ATTORNEY:**
**Brian Clark Penland**
Law Office Of James Flexer
13 Public Square
Columbia, TN 38401
*Via First Class Mail*

**TRUSTEE:**
**Henry Edward Hildebrand, III**
Office of the Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203-0019
*Via First Class Mail*

**US Trustee**
701 Broadway Ste. 318
Nashville, TN 37203-3966
*Via First Class Mail*

**Special Request Recipients:**

Valerie Ann Spicer
Elizabeth Ann Cash
208 Adams Avenue
Memphis, TN 38103
*Via First Class Mail*

Wilson and Associates, PLLC
Creekside Crossing III
8 Cadillac Dr., Ste. 120
Brentwood, TN 37027
*Via First Class Mail*

Dated: November 8, 2016.

                                          */s/ Elizabeth H Parrott*
                                          Weinstein & Riley, P.S.